The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY and SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 2:20-CV-01866-MJP<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>NOTE FOR HEARING:<br>Friday, January 22, 2021 |

This Court, having reviewed Defendants' Unopposed Motion to Extend Time to Respond to Complaint, and having found good cause:

IT IS SO ORDERED. Defendants' response to the Complaint shall be filed by March 3, 2021.

ORDERED this ___ day of _____, 2021.

_____
The Honorable Marsha J. Pechman

//

//

//

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT - 1
CASE NO. 3:20-CV-005268
#1364791 v1 / 42726-394

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | |
|---|---|
| 1 | Presented by: |
| 2 | *s/Medora A. Marisseau* |
| 3 | Medora A. Marisseau, OSB No. 923838<br>KARR TUTTLE CAMPBELL |
| 4 | 701 Fifth Avenue, Suite 3300<br>Seattle, WA  98104 |
| 5 | Phone: (206) 223-1313<br>Fax: (206) 682-7100 |
| 6 | Email: mmarisseau@karrtuttle.com<br>*Attorneys for Defendants* |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO RESPOND TO COMPLAINT - 2
CASE NO. 3:20-CV-005268
#1364791 v1 / 42726-394

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100