The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY and SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 2:20-CV-01866-MJP<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT |

This Court, having reviewed Defendants' Unopposed Motion to Extend Time to Respond to Complaint, and having found good cause:

IT IS SO ORDERED. Defendants' response to the Complaint shall be filed by March 3, 2021.

ORDERED this 25th day of January 2021.

*[signature]*

Marsha J. Pechman
U.S. District Court Judge