The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY and SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 2:20-CV-01866-MJP<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS<br><br>NOTE FOR HEARING:<br>Friday, March 19, 2021<br><br>***Oral Argument Requested*** |

This matter came upon Defendants Motion to Dismiss. This Court, having reviewed the files and records herein, including the submissions of the parties and finding good cause:

IT IS SO ORDERED that Defendants Motion to Dismiss Plaintiffs' Complaint is GRANTED.

IT IS SO ORDERED this ___ day of _____, 2021.

_____
The Honorable Marsha J. Pechman

//

//

//

//

[PROPOSED] ORDER GRANTING MOTION TO DISMISS - 1
CASE NO. 3:20-CV-005268
#1364540 v1 / 42726-394

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1 | Presented by:

2 | *s/Medora A. Marisseau*
Medora A. Marisseau, WSBA No. 23114
3 | KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
4 | Seattle, WA 98104
Phone: (206) 223-1313
5 | Fax: (206) 682-7100
Email: mmarisseau@karrtuttle.com
6 | *Attorneys for Defendants*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING MOTION
TO DISMISS - 2
CASE NO. 3:20-CV-005268
#1364540 v1 / 42726-394

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100