

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENALDO WHITE et al., | CASE NO. C20-1866 MJP |
| Plaintiffs, | ORDER GRANTING IN PART DENYING IN PART STIPULATED MOTION TO EXTEND DEADLINES |
| v. | |
| SYMETRA ASSIGNED BENEFITS SERVICE COMPANY et al., | |
| Defendants. | |

This matter comes before the Court upon the Parties' Stipulated Motion to Extend Certain Deadlines. (Dkt. No. 24.) Finding that the Parties have provided no good cause for extending the deadlines, and the Court has already extended deadlines in this matter once, the Court GRANTS in part, DENIES in part the motion. Plaintiffs shall have **14 days** from the date of this Order to file an amended complaint. The remainder of the Parties' motion is DENIED and the Parties are directed to follow the deadlines outlined in the Federal Rules of Civil Procedure and the Local Rules.

//

The clerk is ordered to provide copies of this order to all counsel.

Dated March 23, 2021.

Marsha J. Pechman
United States Senior District Judge