UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENALDO WHITE et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY et al.,<br><br>Defendants. | CASE NO. C20-1866 MJP<br><br>ORDER STRIKING MOTION TO DISMISS AS MOOT |

Pursuant to the Stipulated Motion to Extend Certain Deadlines and upon the Parties' notification that Plaintiffs intend to file an amended complaint, the Court STRIKES Defendants' Motion to Dismiss as Moot. (Dkt. No. 21.)

The clerk is ordered to provide copies of this order to all counsel.

Dated March 23, 2021.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

ORDER STRIKING MOTION TO DISMISS AS MOOT - 1