The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY and SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendants. | No. 2:20-cv-01866-MJP<br><br>**STIPULATED MOTION TO EXTEND CERTAIN DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>September 8, 2021 |

The parties, by and through their counsel, hereby submit the following stipulated motion and respectfully request the Court's approval of the same, to adjust the schedule for completion of class certification discovery and the briefing of Plaintiffs' motion for class certification.

Briefing regarding Defendants' Motion to Dismiss closed on May 14, 2021; this motion was denied by the Court on August 5, 2021, Dkt. # 44. Defendants' answer was thereafter due on August 19, 2021; this date has been extended to September 9, 2021. Dkt. # 50. Pursuant to the Court's May 12, 2021 Order, Dkt. # 37, Plaintiffs' motion for class certification is presently due on October 4, 2021, less than 30 days following Defendants' answer.

The parties have been working diligently to complete class certification discovery. Plaintiffs served their first set of discovery May 19, 2021; Defendants served discovery to

STIPULATED MOTION TO EXTEND
CERTAIN DEADLINES - 1
(2:20-cv-01866-MJP)

**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Plaintiffs on August 19, 2021. The parties have met and conferred numerous times regarding discovery over the course of the summer and, at present, are finalizing their discussions regarding Defendants' ESI production and interrogatory responses.

The requested extensions are supported by good cause. The extensions are necessary to permit the completion of Defendants' ESI productions as relevant to class certification and, in turn, to provide Plaintiffs with an opportunity to review the same prior to seeking certification of the class. The requested extensions will not interfere with other deadlines in this case. This is the first request for extension of these deadlines.

## **STIPULATED MOTION**

The parties agree and request that the Court extend the current class certification discovery deadline to October 15, 2021. The parties propose the following briefing schedule for Plaintiffs' Motion for Class Certification and respectfully request that the Court enter the same:

- November 12, 2021: Plaintiffs' Motion for Class Certification
- December 10, 2021: Defendants' Opposition
- December 23, 2021:  Plaintiffs' Reply

DATED this 8th day of September, 2021.

KELLER ROHRBACK L.L.P.

s/ Alison E. Chase
Lynn Lincoln Sarko, WSBA #16569
Gretchen Freeman Cappio, WSBA #29576
Adele A. Daniel, WSBA #53315
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
adaniel@kellerrohrback.com

KARR TUTTLE CAMPBELL

s/ Medora A. Marisseau
Medora A. Marisseau
701 Fifth Ave., Ste. 3300
Seattle, WA 98104
Tel.: (206) 223-1313
Fax: (206) 682-7100
mmarisseau@karrtuttle.com

Maeve L. O'Connor (*pro hac vice*)
Susan Reagan Gittes (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue

STIPULATED MOTION TO EXTEND
CERTAIN DEADLINES - 2
(2:20-cv-01866-MJP)

**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| Alison E. Chase (*pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>Tel: (805) 456-1496<br>achase@kellerrohrback.com | New York, NY 10022<br>Tel.: (212) 909-6000<br>mloconnor@debevoise.com<br>srgittes@debevoise.com<br><br>*Counsel for Defendants* |

Jerome M. Marcus (*pro hac vice*)
Jonathan Auerbach (*pro hac vice*)
MARCUS & AUERBACH LLC
1121 N. Bethlehem Pike, Suite 60-242
Spring House, PA 19477
Tel.: (215) 885-2250
Fax: (888) 875-0469
jmarcus@marcusauerbach.com
auerbach@marcusauerbach.com

Daniel C. Simons (*pro hac vice*)
MARCUS & MARCUS, PLLC
P.O. Box 212
Merion Station, PA 19066
Tel.: (215) 664-1184
dsimons@marcuslaw.us

Edward Stone (*pro hac vice*)
EDWARD STONE LAW P.C.
175 West Putnam Avenue, 2nd Floor
Greenwich, CT 06830
Tel.: (203) 504-8425
Fax: (203) 348-8477
eddie@edwardstonelaw.com

*Attorneys for Plaintiffs*


IT IS SO ORDERED.

Dated this 9th day of September, 2021.


_____
Marsha J. Pechman
United States District Judge

STIPULATED MOTION TO EXTEND
CERTAIN DEADLINES - 3
(2:20-cv-01866-MJP)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384