1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

RENALDO WHITE and RANDOLPH NADEAU,
individually and on behalf of all others similarly
situated,

        Plaintiffs,

    v.

SYMETRA ASSIGNED BENEFITS SERVICE
COMPANY and SYMETRA LIFE INSURANCE
COMPANY,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:20-CV-01866-MJP

STIPULATED MOTION AND
PROPOSED ORDER EXTENDING
CLASS CERTIFICATION
DEADLINE

NOTE FOR HEARING:
October 14, 2021

The parties, by and through their counsel, hereby submit the following stipulated motion and respectfully request the Court's approval to adjust the schedule for completion of class certification discovery. The parties previously requested an extension on September 8, 2021, Dkt. 51, which was granted by this Court's September 9, 2021 Order, Dkt. 52. Plaintiffs' Motion for Class Certification is presently due on November 12, 2021.

Since that time, the parties have been working diligently to complete class certification discovery, most recently electronic discovery relating to Plaintiffs' discovery requests. Defendants produced 18,557 pages of electronic documents on October 8 and expect to produce additional electronic documents this week, and further expect another significant volume for the remaining

STIPULATED MOTION AND ORDER EXTENDING
CLASS CERTIFICATION DEADLINE - 1
CASE NO. 3:20-CV-005268
#5053610 v1 / 42726-394

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

electronic documents, which are anticipated to be ready for production by November 2. Defendants expect to complete their production by November 5, 2021.

The requested extensions are supported by good cause. The extensions are necessary to permit the completion of Defendants' ESI productions, which may be relevant to class certification and, in turn, to provide Plaintiffs with an opportunity to review the same prior to seeking certification of the class. The requested extensions will not interfere with other deadlines in this case.

Therefore, the parties agree and request that the Court extend the current class certification discovery deadline to November 5, 2021. The parties propose the following briefing schedule for Plaintiffs' Motion for Class Certification and respectfully request that the Court enter the same:

- December 10, 2021: Plaintiffs' Motion for Class Certification

- January 14, 2022: Defendants' Opposition

- February 4, 2022: Plaintiffs' Reply

Respectfully submitted this 14th day of October, 2021.

KELLER ROHRBACK L.L.P.

KARR TUTTLE CAMPBELL

s/
Lynn Lincoln Sarko, WSBA #16569
Gretchen Freeman Cappio, WSBA #29576
Adele A. Daniel, WSBA #53315
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
adaniel@kellerrohrback.com

Alison E. Chase (*pro hac vice*)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101

s/
Medora A. Marisseau
701 Fifth Ave., Ste. 3300
Seattle, WA 98104
Tel.: (206) 223-1313
Fax: (206) 682-7100
mmarisseau@karrtuttle.com

Maeve L. O'Connor (*pro hac vice*)
Susan Reagan Gittes (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000
mloconnor@debevoise.com
srgittes@debevoise.com

STIPULATED MOTION AND ORDER EXTENDING
CLASS CERTIFICATION DEADLINE - 2
CASE NO. 3:20-CV-005268
#5053610 v1 / 42726-394

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1   Tel: (805) 456-1496
    achase@kellerrohrback.com          *Counsel for Defendants*

2

3   Jerome M. Marcus (*pro hac vice*)
    Jonathan Auerbach (*pro hac vice*)

4   MARCUS & AUERBACH LLC
    1121 N. Bethlehem Pike, Suite 60-242

5   Spring House, PA 19477
    Tel.: (215) 885-2250
    Fax: (888) 875-0469

6   jmarcus@marcusauerbach.com
    auerbach@marcusauerbach.com

7

8   Daniel C. Simons (*pro hac vice*)
    MARCUS & MARCUS, PLLC
    P.O. Box 212

9   Merion Station, PA 19066
    Tel.: (215) 664-1184

10  dsimons@marcuslaw.us

11  Edward Stone (*pro hac vice*)
    EDWARD STONE LAW P.C.

12  175 West Putnam Avenue, 2nd Floor
    Greenwich, CT 06830

13  Tel.: (203) 504-8425
    Fax: (203) 348-8477

14  eddie@edwardstonelaw.com

15  *Attorneys for Plaintiffs*

16                          <u>ORDER</u>

17          IT IS SO ORDERED. The deadline for class action discovery is extended to November 5,

18  2021.  The briefing schedule for Plaintiffs' Motion for Class Certification is as follows:

19

20          • December 10, 2021: Plaintiffs' Motion for Class Certification

21          • January 14, 2022: Defendants' Opposition

22          • February 4, 2022: Plaintiffs' Reply

23      Dated this 18th day of October, 2021.

24

25      _____

26      Marsha J. Pechman
        United States District Judge

27

STIPULATED MOTION AND ORDER EXTENDING
CLASS CERTIFICATION DEADLINE - 3
CASE NO. 3:20-CV-005268
#5053610 v1 / 42726-394

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

## CERTIFICATE OF SERVICE

2        I, Jan Likit, affirm and state that I am employed by Karr Tuttle Campbell in King County,

3   in the State of Washington.  I am over the age of 18 and not a party to the within action.  My

4   business address is:  701 Fifth Ave., Suite 3300, Seattle, WA  98101.  On this day, I caused a true

5   and correct copy of the foregoing document to be filed with the Court electronically. I caused the

6   same to be served on the parties listed below in the manner indicated.

| | | |
|---|---|---|
| 7 | Lynn Lincoln Sarko, WSBA #16569 | ☐ Via U.S. Mail |
| | Gretchen Freeman Cappio, WSBA #29576 | ☐ Via Hand Delivery |
| 8 | Adele A. Daniel, WSBA #53315 | ☐ Via Electronic Mail |
| | Ian S. Birk, WSBA #31431 | ☐ Via Overnight Mail |
| 9 | Alison E. Chase, *pro hac vice* | ☒ CM/ECF via court's website |
| | KELLER ROHRBACK, LLP | |
| 10 | 1201 Third Avenue, Suite 3200 | |
| | Seattle, WA 98101-3052 | |
| 11 | Tel.: (206) 623-1900 | |
| | Fax: (206) 623-3384 | |
| 12 | lsarko@kellerrohrback.com | |
| | gcappio@kellerrohrback.com | |
| 13 | adaniel@kellerrohrback.com | |
| | ibirk@kellerrohrback.com | |
| 14 | achase@kellerrohrback.com | |
| | *Attorneys for Plaintiffs* | |

15

| | | |
|---|---|---|
| | Jerome M. Marcus | ☐ Via U.S. Mail |
| 16 | Jonathan Auerbach | ☐ Via Hand Delivery |
| | MARCUS & AUERBACH LLC | ☐ Via Electronic Mail |
| 17 | 1121 N. Bethlehem Pike, Suite 60-242 | ☐ Via Overnight Mail |
| | Spring House, PA 19477 | ☒ CM/ECF via court's website |
| 18 | Tel.: (215) 885-2250 | |
| | Fax: (888) 875-0469 | |
| 19 | jmarcus@marcusauerbach.com | |
| | auerbach@marcusauerbach.com | |
| 20 | *Attorneys for Plaintiffs* | |

21

| | | |
|---|---|---|
| | Edward Stone | ☐ Via U.S. Mail |
| 22 | Lisa A. Salmons | ☐ Via Hand Delivery |
| | EDWARD STONE LAW P.C. | ☐ Via Electronic Mail |
| 23 | 175 West Putnam Avenue, 2nd Floor | ☐ Via Overnight Mail |
| | Greenwich, CT 06830 | ☒ CM/ECF via court's website |
| 24 | Tel.: (203) 504-8425 | |
| | Fax: (203) 348-8477 | |
| 25 | eddie@edwardstonelaw.com | |
| | lisa@edwardstonelaw.com | |
| 26 | *Attorneys for Plaintiffs* | |

27

STIPULATED MOTION AND ORDER EXTENDING
CLASS CERTIFICATION DEADLINE - 4
CASE NO. 3:20-CV-005268
#5053610 v1 / 42726-394

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

2   Maeve L. O'Connor, *pro hac vice*                    ☐   Via U.S. Mail
    Susan Reagan Gittes, *pro hac vice*                  ☐   Via Hand Delivery
3   Debevoise & Plimpton LLP                             ☐   Via Electronic Mail
    919 Third Avenue                                     ☐   Via Overnight Mail
4   New York, NY 10022                                   ☒   CM/ECF via court's website
    Telephone: 212-909-6000
5   moconnor@debevoise.com
    srgittes@debevoise.com
6   *Attorneys for Defendants*

7       I declare under penalty of perjury under the laws of the State of Washington that the

8   foregoing is true and correct, to the best of my knowledge.

9       Executed on this 12th day of March, 2021, at Seattle, Washington.

10

11 _____
                                                 Jan Likit
12                                       Litigation Legal Assistant
                                         4813-4640-4351, v. 1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER EXTENDING            KARR TUTTLE CAMPBELL
CLASS CERTIFICATION DEADLINE - 5                 701 Fifth Avenue, Suite 3300
CASE NO. 3:20-CV-005268                          Seattle, Washington 98104
#5053610 v1 / 42726-394                          Main: (206) 223 1313
                                                 Fax: (206) 682 7100