UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY; SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendants. | CASE NO. C20-1866 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN DEADLINES |

This matter is before the Court on the Parties' stipulated motion to extend certain deadlines. (Dkt. No. 56.) The Parties move to extend the discovery deadline for class certification to January 21, 2022 and propose a revised briefing schedule for Plaintiffs' motion for class certification. The Court GRANTS the motion. However, this will be the last such extension. (See Dkt. Nos. 52, 55.) Plaintiffs' motion for class certification shall be filed by February 18, 2022, Defendants' opposition shall be filed by March 25, 2022, and Plaintiffs' reply shall be filed by April 15, 2022.

ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN DEADLINES - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated December 15, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge