The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY and SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendants. | No. 2:20-cv-01866-MJP<br><br>**STIPULATED MOTION TO EXTEND PAGE LIMITS**<br><br>NOTE ON MOTION CALENDAR:<br>February 15, 2022 |

The parties, by and through their counsel, hereby submit the following stipulated motion and respectfully request the Court's approval of the same,

### STIPULATED MOTION

The parties agree and request that the Court extend the current page limits for forthcoming briefing regarding Plaintiffs' Motion for Class Certification (due February 18, 2022) as follows:

- Plaintiffs' Opening Brief: 34 pages
- Defendants' Answering Brief: 34 pages
- Plaintiffs' Reply Brief: 17 pages

STIPULATED MOTION TO EXTEND
PAGE LIMITS - 1
(2:20-cv-01866-MJP)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 15th day of February, 2022.

| KELLER ROHRBACK L.L.P. | DEBEVOISE & PLIMPTON LLP |
|---|---|
| s/ Alison E. Chase<br>Lynn Lincoln Sarko, WSBA #16569<br>Gretchen Freeman Cappio, WSBA #29576<br>Adele A. Daniel, WSBA #53315<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>lsarko@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>adaniel@kellerrohrback.com | s/ Susan Reagan Gittes<br>Maeve L. O'Connor (*pro hac vice*)<br>Susan Reagan Gittes (*pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 909-6000<br>mloconnor@debevoise.com<br>srgittes@debevoise.com<br><br>Medora A. Marisseau<br>KARR TUTTLE CAMPBELL<br>701 Fifth Ave., Ste. 3300<br>Seattle, WA 98104<br>Tel.: (206) 223-1313<br>Fax: (206) 682-7100<br>mmarisseau@karrtuttle.com<br><br>*Counsel for Defendants* |

Alison E. Chase (*pro hac vice*)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
achase@kellerrohrback.com

Jerome M. Marcus (*pro hac vice*)
Jonathan Auerbach (*pro hac vice*)
MARCUS & AUERBACH LLC
1121 N. Bethlehem Pike, Suite 60-242
Spring House, PA 19477
Tel.: (215) 885-2250
Fax: (888) 875-0469
jmarcus@marcusauerbach.com
auerbach@marcusauerbach.com

Daniel C. Simons (*pro hac vice*)
MARCUS & MARCUS, PLLC
P.O. Box 212
Merion Station, PA 19066
Tel.: (215) 664-1184
dsimons@marcuslaw.us

Edward Stone (*pro hac vice*)
EDWARD STONE LAW P.C.
175 West Putnam Avenue, 2nd Floor
Greenwich, CT 06830
Tel.: (203) 504-8425
Fax: (203) 348-8477
eddie@edwardstonelaw.com

*Attorneys for Plaintiffs*

STIPULATED MOTION TO EXTEND
PAGE LIMITS - 2
(2:20-cv-01866-MJP)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

IT IS SO ORDERED.

Dated this 16th day of February, 2022.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION TO EXTEND
PAGE LIMITS - 3
(2:20-cv-01866-MJP)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384