1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10   Renaldo White and Randolph Nadeau, | CASE NO. 20-1866 MJP
     individually and on behalf of all others
11   similarly situated, | ORDER GRANTING STIPULATED
                          | MOTION TO UNSEAL EXHIBIT 12
12                Plaintiffs, | TO DOCUMENT 63
13        v.
14   Symetra Assigned Benefits Service
     Company and Syemtra Life Insurance
15   Company,
16                Defendants.
17

18       This matter is before the Court on the parties' stipulated motion to unseal an exhibit.

19   (Dkt. No. 72.)  The parties move to unseal Exhibit 12 to the Declaration of Alison Chase, filed in

20   support of Plaintiffs' motion for class certification.  (Dkt. No. 63.)  The exhibit is an excerpt of

21   the deposition transcript of Plaintiff Renaldo White which Plaintiffs had provisionally designated

22   as confidential.  The Court GRANTS the motion, noting that Plaintiffs reserve the right to

23   request confidential treatment of exhibits referred to in the transcript.

24       The clerk is ordered to provide copies of this order to all counsel.

1  Dated March 10, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge