The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY and SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 2:20-CV-01866-MJP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This matter came before the Court on Defendants' unopposed motion for an extension of time. Counsel for Defendants state they need more time to file opposition to Plaintiffs' motion for class certification because of recent medical needs. The Court GRANTS the motion and ORDERS that the briefing schedule for Plaintiffs' motion for class certification be extended with the following revised deadlines:

- March 29, 2022: Defendants' Opposition
- April 19, 2022: Plaintiffs' Reply

IT IS SO ORDERED this 25th day of March, 2022.

_____
Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION
FOR EXTENSION OF TIME – 1
CASE NO. 2:20-CV-01866-MJP

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

|   |   |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | s/Medora Marisseau |
|   | Medora A. Marisseau, WSBA# 23114 |
| 4 | KARR TUTTLE CAMPBELL |
|   | 701 Fifth Avenue, Suite 3300 |
| 5 | Seattle, WA 98104 |
|   | Telephone: 206-223-1313 |
| 6 | Facsimile: 206-682-7100 |
| 7 | Email: MMarisseau@karrtuttle.com |
| 8 | Maeve L. O'Connor (appearance *pro hac vice*) |
| 9 | Susan Reagan Gittes (appearance *pro hac vice*) |
| 10 | Debevoise & Plimpton LLP |
| 11 | 919 Third Avenue |
|   | New York, New York  10022 |
| 12 | Telephone: (212) 909-6000 |
|   | Email:  mloconnor@debevoise.com |
| 13 | Email:  srgittes@debevoise.com |
|   | *Counsel for Defendants* |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

ORDER GRANTING MOTION
FOR EXTENSION OF TIME – 2
CASE NO. 2:20-CV-01866-MJP

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# CERTIFICATE OF SERVICE

I, Luci Brock, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98104. On this day, I caused a true and correct copy of the foregoing document to filed with the Court and to be served on the parties listed below in the manner indicated.

| | |
|---|---|
| Lynn Lincoln Sarko, WSBA #16569<br>Gretchen Freeman Cappio, WSBA #29576<br>Adele A. Daniel, WSBA #53315<br>Alison E. Chase, *pro hac vice*<br>KELLER ROHRBACK, LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>lsarko@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>adaniel@kellerrohrback.com<br>achase@kellerrohrback.com<br>*Attorneys for Plaintiffs* | ☒ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| Jerome M. Marcus<br>Jonathan Auerbach<br>MARCUS & AUERBACH LLC<br>1121 N. Bethlehem Pike, Suite 60-242<br>Spring House, PA 19477<br>Tel.: (215) 885-2250<br>Fax: (888) 875-0469<br>jmarcus@marcusauerbach.com<br>auerbach@marcusauerbach.com<br>*Attorneys for Plaintiffs* | ☒ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| Edward Stone<br>Lisa A. Salmons<br>EDWARD STONE LAW P.C.<br>175 West Putnam Avenue, 2nd Floor<br>Greenwich, CT 06830<br>Tel.: (203) 504-8425<br>Fax: (203) 348-8477<br>eddie@edwardstonelaw.com<br>lisa@edwardstonelaw.com<br>*Attorneys for Plaintiffs* | ☒ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

FOR EXTENSION OF TIME – 3
CASE NO. 2:20-CV-01866-MJP

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | |
|---|---|
| Maeve L. O'Connor, *pro hac vice* <br> Susan Reagan Gittes, *pro hac vice* <br> Debevoise & Plimpton LLP <br> 919 Third Avenue <br> New York, NY 10022 <br> Telephone: 212-909-6000 <br> moconnor@debevoise.com <br> srgittes@debevoise.com <br> *Attorneys for Defendants* | ☐ Via U.S. Mail <br> ☐ Via Hand Delivery <br> ☒ Via Electronic Mail <br> ☐ Via Overnight Mail <br> ☒ CM/ECF via court's website |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Executed on this 25th day of March, 2022, at Seattle, Washington.

                                *s/Luci Brock*
                                   Luci Brock
                              Litigation Legal Assistant

ORDER GRANTING MOTION
FOR EXTENSION OF TIME – 4
CASE NO. 2:20-CV-01866-MJP

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100