1

2

3

4

5

6

The Honorable Marsha J. Pechman

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

10

11

12

13

14

15

RENALDO WHITE and RANDOLPH NADEAU,
individually and on behalf of all others similarly
situated,

            Plaintiffs,

    v.

SYMETRA ASSIGNED BENEFITS SERVICE
COMPANY and SYMETRA LIFE INSURANCE
COMPANY,

            Defendants.

CASE NO. 2:20-CV-01866-MJP

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND TIME RE:
PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY
JUDGMENT REGARDING
CHOICE OF LAW

NOTE FOR HEARING:
Wednesday, April 6, 2022

16

17

18

19

20

     This matter is before the Court on Defendants' unopposed motion for an extension of
time to respond to Plaintiffs' motion for partial summary judgment on choice of law, currently
noted for April 15, 2022.  (Dkt. No. 82.)  Finding good cause, the Court GRANTS the motion
and ORDERS the briefing schedule extended as follows:

21

     Defendants' Response:         **April 22, 2022**

22

     Plaintiffs' Reply:           **May 6, 2022**

23

     Dated April 6, 2022.

24

25

_Marsha J. Pechman_

26

Marsha J. Pechman
United States Senior District Judge

27

ORDER GRANTING UNOPPOSED MOTION TO EXTEND
TIME RE: PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT REGARDING CHOICE OF LAW -
1
CASE NO. 2:20-CV-01866-MJP
#5153670 v2 / 42726-394

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

2
Presented by:

3
*s/Medora Marisseau*
Medora A. Marisseau, WSBA# 23114

4
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300

5
Seattle, WA 98104
Telephone: 206-223-1313

6
Facsimile: 206-682-7100

7
Email: MMarisseau@karrtuttle.com

8
Maeve L. O'Connor (appearance *pro hac vice*)

9
Susan Reagan Gittes (appearance *pro hac vice*)

10
Debevoise & Plimpton LLP

11
919 Third Avenue
New York, New York  10022

12
Telephone: (212) 909-6000
Email:  mloconnor@debevoise.com

13
Email:  srgittes@debevoise.com
*Counsel for Defendants*

14

15

16

17

18

19

20

21

22

23

24

25

26

27
ORDER GRANTING UNOPPOSED MOTION TO EXTEND
TIME RE: PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT REGARDING CHOICE OF LAW -
2
CASE NO. 2:20-CV-01866-MJP
#5153670 v2 / 42726-394

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

2

3

4

5                              **CERTIFICATE OF SERVICE**

6          I, Luci Brock, affirm and state that I am employed by Karr Tuttle Campbell in King County,

7    in the State of Washington.  I am over the age of 18 and not a party to the within action.  My

8    business address is:  701 Fifth Ave., Suite 3300, Seattle, WA  98101.  On this day, I caused a true

9    and correct copy of the foregoing document to be filed with the Court electronically. I caused the

10   same to be served on the parties listed below in the manner indicated.

11   Lynn Lincoln Sarko, WSBA #16569          ☒   Via U.S. Mail
     Gretchen Freeman Cappio, WSBA #29576     ☐   Via Hand Delivery
12   Adele A. Daniel, WSBA #53315             ☒   Via Electronic Mail
     Alison E. Chase, *pro hac vice*          ☐   Via Overnight Mail
13   KELLER ROHRBACK, LLP                     ☒   CM/ECF via court's website
     1201 Third Avenue, Suite 3200
14   Seattle, WA 98101-3052
     Tel.: (206) 623-1900
15   Fax: (206) 623-3384
     lsarko@kellerrohrback.com
16   gcappio@kellerrohrback.com
     adaniel@kellerrohrback.com
17   achase@kellerrohrback.com
     *Attorneys for Plaintiffs*
18

19   Jerome M. Marcus, *pro hac vice*         ☒   Via U.S. Mail
     Jonathan Auerbach, *pro hac vice*        ☐   Via Hand Delivery
     Daniel C. Simons, *pro hac vice*         ☒   Via Electronic Mail
20   MARCUS & AUERBACH LLC                    ☐   Via Overnight Mail
     1121 N. Bethlehem Pike, Suite 60-242     ☒   CM/ECF via court's website
21   Spring House, PA 19477
     Tel.: (215) 885-2250
22   Fax: (888) 875-0469
     jmarcus@marcusauerbach.com
23   auerbach@marcusauerbach.com
     *Attorneys for Plaintiffs*
24

25   Edward Stone, *pro hac vice*             ☒   Via U.S. Mail
     Lisa A. Salmons                          ☐   Via Hand Delivery
     EDWARD STONE LAW P.C.                    ☒   Via Electronic Mail
26   175 West Putnam Avenue, 2nd Floor        ☐   Via Overnight Mail

27   ORDER GRANTING UNOPPOSED MOTION TO EXTEND
     TIME RE: PLAINTIFFS' MOTION FOR PARTIAL                    KARR TUTTLE CAMPBELL
     SUMMARY JUDGMENT REGARDING CHOICE OF LAW -                 701 Fifth Avenue, Suite 3300
     3                                                          Seattle, Washington 98104
     CASE NO. 2:20-CV-01866-MJP                                 Main: (206) 223 1313
     #5153670 v2 / 42726-394                                    Fax: (206) 682 7100

| | | |
|---|---|---|
| 1 | Greenwich, CT 06830<br>Tel.: (203) 504-8425 | ☒ CM/ECF via court's website |
| 2 | Fax: (203) 348-8477<br>eddie@edwardstonelaw.com | |
| 3 | lisa@edwardstonelaw.com<br>*Attorneys for Plaintiffs* | |
| 4 | | |

|   |   |
|---|---|
| 5 | Daniel C. Simons (pro hac vice)<br>MARCUS & MARCUS, PLLC |
| 6 | P.O. Box 212<br>Merion Station, PA 19066 |
| 7 | Tel.: (215) 664-1184<br>dsimons@marcuslaw.us |
| 8 | *Attorneys for Plaintiffs* |

☒ Via U.S. Mail
☐ Via Hand Delivery
☒ Via Electronic Mail
☐ Via Overnight Mail
☒ CM/ECF via court's website

|   |   |
|---|---|
| 9 | Maeve L. O'Connor, *pro hac vice*<br>Susan Reagan Gittes, *pro hac vice* |
| 10 | Matthew Specht<br>Debevoise & Plimpton LLP |
| 11 | 919 Third Avenue<br>New York, NY 10022 |
| 12 | Telephone: 212-909-6000<br>moconnor@debevoise.com |
| 13 | srgittes@debevoise.com<br>mspecht@debevoise.com |
| 14 | *Attorneys for Defendants* |

☒ Via U.S. Mail
☐ Via Hand Delivery
☒ Via Electronic Mail
☐ Via Overnight Mail
☒ CM/ECF via court's website

15    I declare under penalty of perjury under the laws of the State of Washington that the

16  foregoing is true and correct, to the best of my knowledge.

17    Executed on this 6th day of April, 2022, at Seattle, Washington.

18

19                          *s/Luci Brock*
                                        Luci Brock
                                        Litigation Legal Assistant

20

21

22

23

24

25

26

27  ORDER GRANTING UNOPPOSED MOTION TO EXTEND
TIME RE: PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT REGARDING CHOICE OF LAW -
4
CASE NO. 2:20-CV-01866-MJP
#5153670 v2 / 42726-394

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100