1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
9
10
RENALDO WHITE and RANDOLPH
NADEAU, individually and on behalf
of all others similarly situated,

CASE NO. 20-1866 MJP

11
MINUTE ORDER RE-NOTING
DEFENDANTS' MOTION TO
SEAL

Plaintiffs,

12
13
v.
14
SYMETRA ASSIGNED BENEFITS
SERVICE COMPANY; SYMETRA
LIFE INSURANCE COMPANY,
15
16
Defendants.
17

18    The following minute order is made by the direction of the court, the Honorable Marsha

19 J. Pechman, United States Senior District Judge:

20    Defendants incorrectly noted their motion to seal their response to Plaintiffs' motion for

21 class certification as a same-day motion. (Dkt. No. 77.) The motion is re-noted for

22 consideration on Friday, April 22, 2022. See Local Civ. R. 7(d)(2).

23    The clerk is ordered to provide copies of this order to all counsel.

24

MINUTE ORDER RE-NOTING DEFENDANTS' MOTION TO SEAL - 1

1    Filed April 14, 2022.

2                                        Ravi Subramanian
                                         Clerk of Court
3

4                                        s/Serge Bodnarchuk
                                         Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER RE-NOTING DEFENDANTS' MOTION TO SEAL - 2