|    |                                                                                                              |                                      |
|----|--------------------------------------------------------------------------------------------------------------|--------------------------------------|
| 1  |                                                                                                              |                                      |
| 2  |                                                                                                              |                                      |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated, | CASE NO. 20-1866 MJP |
|---|---|
| Plaintiffs, | ORDER ON DEFENDANTS' MOTION TO SEAL |
| v. | |
| SYMETRA ASSIGNED BENEFITS SERVICE COMPANY; SYMETRA LIFE INSURANCE COMPANY, | |
| Defendants. | |

This matter is before the Court on Defendants' motion to seal. (Dkt. No. 77.) The Court has considered the following documents in connection with the motion:

- Defendants' motion to seal, (Dkt. No. 77);

- Defendants' sealed exhibits, (Dkt. No. 78), filed in connection with Defendants' response to Plaintiffs' motion for class certification, (Dkt. No. 79), and supporting Declaration of Medora A. Marisseau, (Dkt. No. 80);

- Plaintiffs' response, (Dkt. No. 87);

- Defendants' reply, (Dkt. No. 94); and

- Declaration of Medora Marisseau re: Defendants' motion to seal, (Dkt. No. 95).

In their reply, (Dkt. No. 94), Defendants withdraw their motion to seal, in light of the Court's order on Plaintiffs' motion to seal. (See Dkt. No. 86.) They also withdraw exhibits 14 and 15 to their response to Plaintiffs' motion for class certification, which they had filed under seal. (Dkt. No. 80, Exs. 14, 15 (filed under seal in attachments 7 and 8 to Dkt. No. 78.).) They replace the withdrawn exhibits with redacted versions, citing Local Civil Rule 5(g). (Dkt. No. 95, attach. 1 & 2 (Exs. 14, 15).) The only portions of the exhibits that have been redacted are names, dates of birth, social security numbers, and addresses of two individuals, one of whom was a minor at the time of the document, and neither of whom are involved in this case. (Compare exhibits 14 and 15 filed under Dkt. Nos. 78, 95.)

Having considered the above filings and the relevant record, the Court ORDERS the following:

- With the exception of attachments 7 (marked Exhibit 14) and 8 (marked Exhibit 15), the clerk shall UNSEAL all documents filed under Document Number 78. The clerk shall STRIKE attachments 7 and 8.

In addition, to clarify the record, the Court notes that the two redacted exhibits filed under Dkt. No. 95 are now exhibits 14 and 15 to Defendants' response to Plaintiffs' motion for class certification. They replace attachments 7 (marked Exhibit 14) and 8 (marked Exhibit 15) to Document Number 78, which were previously exhibits 14 and 15 to the Declaration of Medora A. Marisseau, (Dkt. No. 80), filed separately under seal.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 26, 2022.

Marsha J. Pechman
United States Senior District Judge