UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY; SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 20-1866 MJP<br><br>ORDER DENYING MOTION FOR EXTENSION |

This matter comes before the Court on Plaintiffs' Unopposed Motion for Extension of Time. (Dkt. No. 103.) Plaintiffs ask the Court for an additional ten days to file a reply, stating that "[t]his motion is for good cause and not for the purpose of delay." (Id. at 1.) But simply reciting the words "good cause" does not actually demonstrate good cause. Plaintiffs provide no reason why the extension is necessary or why there is good cause to grant the request. On this record, the Court DENIES the request without prejudice. Should Plaintiffs renew their request,

1  they must provide grounds for the Court to evaluate whether and why any additional time is

2  necessary and whether there is good cause to extend the deadline.

3      The clerk is ordered to provide copies of this order to all counsel.

4  Dated May 4, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING MOTION FOR EXTENSION - 2