The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY and SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendants. | No. 2:20-cv-01866-MJP<br><br>**ORDER ON PLAINTIFFS' SUPPLEMENTAL UNOPPOSED MOTION TO EXTEND DEADLINE FOR REPLY SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT** |

This matter comes before the Court on Plaintiffs' Supplemental Unopposed Motion to Extend Deadline for Plaintiffs' Reply Supporting Plaintiffs' Motion for Partial Summary Judgment. The Court has considered Plaintiffs' renewed Motion and finds that Plaintiffs have demonstrated good cause for the requested relief.

It is HEREBY ORDERED the deadline for Plaintiffs' to Reply regarding the Motion for Partial Summary Judgment is extended to May 16, 2022.

Dated this 4th day of May, 2022.

*/s/ Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge

ORDER ON MOTION TO
EXTEND REPLY DEADLINE - 1
(2:20-cv-01866-MJP)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384