UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SYMETRA ASSIGNED BENEFITS SERVICE COMPANY; SYMETRA LIFE INSURANCE COMPANY,

Defendants.

CASE NO. 20-1866 MJP

ORDER DENYING JOINT MOTION TO AMEND SCHEDULING ORDER

This matter comes before the Court on the Parties' Joint Motion to Amend the Scheduling Order. (Dkt. No. 115.) Having reviewed the Motion, all supporting materials, and the docket, the Court DENIES the Motion without prejudice.

The Parties ask for a new trial date in October or November 2023, and a corresponding extension of the case deadlines. Trial in this case is currently set for October 24, 2022. (Dkt. No. 37.) The Parties have asked for additional time "for the completion of fact discovery, expert

reports and discery, motions practice, and pre-trial work." (Dkt. No. 115 at 2.) While the Court acknowledges the delay caused by the class certification, it nonetheless finds that Parties have failed to adequately explain why they need an additional fourteen month extension of the trial date. The Parties have also failed to provide any details on what other discovery needs to be done and whether there will be further summary judgment briefing. The Court also notes that footnotes one and two in the Parties' briefing are not understandable to the Court and require clarification. The record presented is inadequate to merit the extension of the trial date and case deadlines proposed by the Parties.

Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 9, 2022.

Marsha J. Pechman
United States Senior District Judge