UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY and SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 20-1866 MJP<br><br>ORDER ON PLAINTIFFS' MOTION TO SEAL |

This matter comes before the Court on Plaintiffs' Motion to Seal. (Dkt. No. 88.) The Court has considered the following documents in connection with the motion:

- Plaintiffs' Motion to Seal. (Dkt. No. 88.)

- Plaintiffs' sealed exhibits. (Dkt. No. 91.)

- Defendants' Response. (Dkt. No. 104.)

- Declaration of Medora Marisseau. (Dkt. No. 105.)

ORDER ON PLAINTIFFS' MOTION TO SEAL - 1

In their response Defendants withdraw their request to seal in light of the Court's previous orders regarding the Parties' prior motions to seal. (See Dkt. Nos. 86, 101.) Defendants withdraw their request to seal Exhibits 59, 61-70 located in Document Number 90. (See Def. Response at 1.) Defendants also withdraw exhibits 58, and 71-74 to Plaintiffs' Reply Supporting Motion for Class Certification. (Dkt. No. 91, Exs. 1, 13-17 (filed under seal).) They replace the withdrawn exhibits with redacted versions pursuant to Local Rule 5(g). The only portions of the exhibits that have been redacted are policy numbers, names, dates of birth, social security numbers, and addresses of individuals who are not involved in this case. (Compare exhibits 58, 71-74 filed under Dkt. Nos. 91, 105.) The Parties also stipulate to withdrawing Exhibit 60 (Dkt. 91-3) from the record.

Having considered the above filings and the relevant record, the Court ORDERS the following:

- With the exception of attachments 1 (Exhibit 58), 3 (Exhibit 60) and 14-17 (Exhibits 71-74), the clerk shall UNSEAL all documents filed under Document Number 91. The clerk shall STRIKE attachments 1, 3, 14-17.

To clarify the record, the Court notes that the five redacted exhibits filed under Dkt. No. 105 are now Exhibits 58, 71-74 to Plaintiffs' Reply Supporting Motion for Class Certification (Dkt. No. 90). They replace attachments 1 (marked Exhibit 58), and 14-17 (marked Exhibits 71-74) to Document Number 91, which were previously Exhibits 58, and 71-74 to the Declaration of Alison E. Chase, (Dkt. No. 91), filed under seal.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 9, 2022.

Marsha J. Pechman
United States Senior District Judge