UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY and SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 20-1866<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STAY |

This matter comes before the Court on Defendants' Motion to Stay litigation pending resolution of Rule 23(f) appeal proceedings (Dkt. No. 133). The Court, having reviewed the files and records herein, including the submissions of the Parties and finding good cause GRANTS the Motion to Stay.

IT IS ORDERED that Defendants' Motion to Stay is GRANTED, the Court ORDERS the Parties to submit a status report within two weeks of the Ninth Circuit's ruling.

ORDER GRANTING DEFENDANTS' MOTION TO STAY - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated October 19, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge