UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY; SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendants. | CASE NO. C20-1866 MJP<br><br>ORDER DENYING JOINT REQUESTS |

This matter comes before the Court on a pair of requests made as part of the Parties' August 9, 2024, Joint Status Report. (Dkt. No. 145.) The Court has reviewed the requests and declines both at this time. The Parties may renew their requests via motion as per the instructions included in this order.

The Court declines the Parties request to assign a magistrate judge to preside over a settlement conference. The Court directs the Parties to first attempt a settlement conference using a third-party mediator or enlisting a volunteer mediator found on the Court's website

ORDER DENYING JOINT REQUESTS - 1

(https://www.wawd.uscourts.gov/attorneys/adr). Should the Parties be unable to afford a private mediator—or if a private settlement conference proves unsuccessful—the Parties may then renew their joint request via a motion for a court-appointed mediator as per LR 26(f)(1)(D)(v). Appointment of a mediator will require a showing of good cause before the Court will expend court resources for the purpose of settlement.

The Court also declines the Parties request to stay the litigation for 90 days. Should the Parties schedule a settlement conference, they may renew their request for a stay of litigation via motion. The Court advises the Parties that any stay pending a scheduled settlement conference will last only until the completion of the conference, regardless of whether the Parties come to an agreement.

The two requests contained in the Joint Status Agreement, (Dkt. No. 145) are therefore DENIED. The Parties may renew these requests via motion as per the instructions in this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 12, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING JOINT REQUESTS - 2