UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>    v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY and SYMETRA LIFE INSURANCE COMPANY,<br><br>                                    Defendants. | No. 2:20-cv-01866-MJP<br><br>**ORDER GRANTING MOTION FOR STAY OF LITIGATION PENDING THE COMPLETION OF MEDIATED SETTLEMENT DISCUSSIONS** |

Having considered the Joint Motion for Stay of Litigation Pending the Completion of Mediation submitted by Plaintiffs Renaldo White and Randolph Nadeau and Symetra Assigned Benefits Service Company and Symetra Life Insurance Company,

IT IS ORDERED:

This litigation shall be stayed pending completion of their mediation with Stew Cogan on November 19, 2024. Should the case remain unresolved by then, the parties shall file a joint status report on or before November 26, 2024. The report shall include a proposed case schedule.

The Court also reminds the Parties that future joint motions should contain the signatures of both Parties.

ORDER GRANTING MOTION FOR STAY - 1
(2:20-cv-01866-MJP)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED September 11, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION FOR STAY - 2
(2:20-cv-01866-MJP)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384