UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY; SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 20-1866 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has received and reviewed the Parties' Joint Status Report (Dkt. No. 151), which requests an additional time to finalize a settlement agreement and file for preliminary approval of the settlement. The Court hereby VACATES the order of dismissal (Dkt. No. 150).

MINUTE ORDER - 1

The Parties shall have until January 10, 2025 to execute the settlement agreement and file a motion for preliminary approval of the settlement.

The clerk is ordered to provide copies of this order to all counsel.

Filed December 20, 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2