UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY and SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendants. | No. 2:20-cv-01866-MJP<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME FOR SUBMISSION OF MOTION FOR PRELIMINARY APPROVAL**<br><br>NOTE ON MOTION CALENDAR:<br>January 8, 2025 |

    The parties, Plaintiffs Renaldo White and Randolph Nadeau and Defendants Symetra Assigned Benefits Service Company and Symetra Life Insurance Company, respectfully submit the following Joint Motion to Extend the Time for the Submission of the Motion for Preliminary Approval. In support of their request, the parties set forth the following:

    In December 2020, Plaintiffs' putative class action was filed in the U.S. District Court for the Western District of Washington ("the Court") alleging misconduct by Defendants, related to the factoring of certain structured settlement annuities ("SSAs").

    In August 2022, after extensive discovery, the Court certified a class and a subclass to pursue certain claims against Defendants. The Court appointed counsel for the Class and

STIPULATED MOTION AND ORDER TO EXTEND TIME - 1
(2:20-cv-01866-MJP)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Subclass and appointed named Plaintiffs White and Nadeau as class representatives. In September 2022, the Ninth Circuit Court of Appeals granted Defendants' petition for leave to appeal pursuant to Fed. R. Civ. P. 23(f). On June 20, 2024, following full briefing and oral argument, the Ninth Circuit Court of Appeals issued an opinion vacating the certification of the class and subclass.

Following remand, the parties began a process to explore settlement on behalf of those persons whose underlying settlement agreements contained specific language that restricted their power to assign, sell, or otherwise alienate periodic payments under all circumstances, limited to certain states. The parties advised the Court of these talks, and on September 11, 2024, the Court stayed the litigation pending a settlement conference with Washington Mediator Stew Cogan, who was appointed as the mediator pursuant to LR 39.1 (Dkt. No. 148).

The mediation process included the exchange of information and correspondence, culminating in a full-day mediation with Mr. Cogan. At the conclusion of the aforesaid mediation, the parties entered into a binding term sheet for the settlement of claims on behalf of a subset of the originally certified class.

The day following the mediation, Mr. Cogan filed a Notice advising the Court that a mediation had taken place and that "the case was resolved subject to completion of final settlement documentation and obtaining necessary court approval." (Dkt. No. 149).

On November 26, 2024, the Court dismissed this action pending a motion for preliminary approval and execution of the settlement agreement. (Dkt. No. 150). However, at the request of the parties, the Court later vacated its order, directing the parties to execute the settlement agreement and submit any Motion for Preliminary Approval by January 10, 2025. (Dkt. No. 152).

It has taken longer than anticipated to complete the necessary paperwork. Nevertheless, the parties are still on track to finalize the settlement, and plan to submit it and a Motion for Preliminary Approval (and any related papers) on or before January 24, 2024.

STIPULATED MOTION AND ORDER TO EXTEND TIME - 2
(2:20-cv-01866-MJP)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  Therefore, the parties jointly request that the Court reset the deadline for the execution of
2  the settlement agreement and the submission of the Motion for Preliminary Approval to **January
3  24, 2025**.

5  DATED this 8th day of January, 2025.

6  KELLER ROHRBACK L.L.P.                    DEBEVOISE & PLIMPTON LLP

8  *s/Alison E. Chase*                       *s/ Susan Reagan Gittes*
   Lynn Lincoln Sarko, WSBA #16569           Maeve L. O'Connor (*pro hac vice*)
9  Gretchen Freeman Cappio, WSBA #29576      Susan Reagan Gittes (*pro hac vice*)
   Adele A. Daniel, WSBA #53315              919 Third Avenue
10 1201 Third Avenue, Suite 3400             New York, NY 10022
   Seattle, WA 98101-3268                    Tel.: (212) 909-6000
11 Tel.: (206) 623-1900                      mloconnor@debevoise.com
   Fax: (206) 623-3384                       srgittes@debevoise.com
12 lsarko@kellerrohrback.com
   gcappio@kellerrohrback.com                Medora A. Marisseau
13 adaniel@kellerrohrback.com                KARR TUTTLE CAMPBELL
                                             701 Fifth Ave., Ste. 3300
14 Alison E. Chase (*pro hac vice*)          Seattle, WA 98104
   KELLER ROHRBACK L.L.P.                    Tel.: (206) 223-1313
15 801 Garden Street, Suite 301              Fax: (206) 682-7100
   Santa Barbara, CA 93101                   mmarisseau@karrtuttle.com
16 Tel: (805) 456-1496
   achase@kellerrohrback.com                 *Counsel for Defendants*

18 Jerome M. Marcus (*pro hac vice*)
   Daniel C. Simons (*pro hac vice*)
19 MARCUS & MARCUS, PLLC
   P.O. Box 212
20 Merion Station, PA 19066
   Tel.: (215) 664-1184
21 jmarcus@marcuslaw.us
   dsimons@marcuslaw.us

22
   Jonathan Auerbach (*pro hac vice*)
23 RESOLUTION STRATEGY GROUP, LLC
   614 S. 4th Street, #216
24 Philadelphia, PA 19147
   Tel.: (267) 227-1400
25 auerbach@ResolutionStrategyGroup.com

26 Edward Stone (*pro hac vice*)
   EDWARD STONE LAW P.C.

STIPULATED MOTION AND ORDER TO EXTEND TIME - 3
(2:20-cv-01866-MJP)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

175 West Putnam Avenue, 2nd Floor
Greenwich, CT 06830
Tel.: (203) 504-8425
Fax: (203) 348-8477
eddie@edwardstonelaw.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated this 10th day of January, 2025.

Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION AND ORDER TO EXTEND TIME - 4
(2:20-cv-01866-MJP)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384