The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENALDO WHITE and RANDOLPH NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMETRA ASSIGNED BENEFITS SERVICE COMPANY and SYMETRA LIFE INSURANCE COMPANY,<br><br>Defendants. | No. 2:20-cv-01866-MJP<br><br>**STIPULATED MOTION TO EXTEND WORD LIMIT**<br><br>NOTE ON MOTION CALENDAR: January 21, 2025 |

Under Local Rule 7(f), the parties request that the Court extend the word limit for the forthcoming Plaintiffs' Motion for Preliminary Approval of Class Action Settlement from 4,200 words to 8,400 words. The Motion for Preliminary Approval is due January 24, 2025.

Under the Local Rule 7(e)(2), the current page limit for the Motion for Preliminary Approval is 4,200 words. The Motion for Preliminary Approval must address, among other things, the certification of the settlement class and the Federal Rule of Civil Procedure 23(e) topics. Accordingly, the parties request an extension of the word limits up to 8,400 words (i.e., an additional 4,200 words).[1] That word limit aligns with the Local Rule's default word limit for motions for class certification under Local Rule 7(e)(3).

---

[1] Under Rule 7(f)(4), such extension would automatically extend the word limit for any brief in opposition. Here, however, the parties do not anticipate any opposition or reply brief.

STIPULATED MOTION TO EXTEND WORD LIMIT - 1
(2:20-cv-01866-MJP)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 21st day of January, 2025.

KELLER ROHRBACK L.L.P.

*s/ Alison E. Chase*

Lynn Lincoln Sarko, WSBA #16569
Gretchen Freeman Cappio, WSBA #29576
Adele A. Daniel, WSBA #53315
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Tel.: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
adaniel@kellerrohrback.com

Alison E. Chase (*pro hac vice*)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
achase@kellerrohrback.com

Jerome M. Marcus (pro hac vice)
Daniel C. Simons (pro hac vice)
MARCUS & MARCUS, PLLC
P.O. Box 212
Merion Station, PA 19066
Tel.: (215) 664-1184
jmarcus@marcuslaw.us
dsimons@marcuslaw.us

Jonathan Auerbach (pro hac vice)
RESOLUTION STRATEGY GROUP, LLC
614 S. 4th Street, #216 Philadelphia, PA 19147
Tel.: (267) 227-1400
auerbach@ResolutionStrategyGroup.com

Edward Stone (pro hac vice)
EDWARD STONE LAW P.C.
175 West Putnam Avenue, 2nd Floor
Greenwich, CT 06830
Tel.: (203) 504-8425
Fax: (203) 348-8477
eddie@edwardstonelaw.com

*Attorneys for Plaintiffs*

DEBEVOISE & PLIMPTON LLP

*s/ Susan Reagan Gittes*

Maeve L. O'Connor (*pro hac vice*)
Susan Reagan Gittes (*pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000
mloconnor@debevoise.com
srgittes@debevoise.com

Medora A. Marisseau
KARR TUTTLE CAMPBELL
701 Fifth Ave., Ste. 3300
Seattle, WA 98104
Tel.: (206) 223-1313
Fax: (206) 682-7100
mmarisseau@karrtuttle.com

*Counsel for Defendants*

1    IT IS SO ORDERED.

2    Dated this 22nd day of January, 2025.

3

4

5                                 Marsha J. Pechman
6                                 United States Senior District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO EXTEND WORD LIMIT - 3
(2:20-cv-01866-MJP)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384