The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

RENALDO WHITE and RANDOLPH NADEAU,
individually and on behalf of all others similarly
situated,

        Plaintiffs,

v.

SYMETRA ASSIGNED BENEFITS SERVICE
COMPANY and SYMETRA LIFE INSURANCE
COMPANY,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:20-CV-01866-MJP

STIPULATED MOTION TO
EXTEND TIME FOR
SUBMISSION OF MOTION FOR
PRELIMINARY APPROVAL

NOTE ON MOTION CALENDAR:
January 24, 2025

The parties, Defendants Symetra Assigned Benefits Service Company and Symetra Life Insurance Company and Plaintiffs Renaldo White and Randolph Nadeau (collectively, the "Parties") respectfully submit the following Joint Motion to Extend the Time for the Submission of the Motion for Preliminary Approval. In support of their request, the parties set forth the following:

On January 8, 2025, the Parties submitted a stipulated motion asking this Court to extend the time to execute the settlement agreement and submit any Motion for Preliminary Approval from January 10, 2025 to January 24, 2025. (Dkt. No. 153).

On January 10, 2025, this Court granted that request, extending the deadline for the parties to execute the settlement agreement and submit any Motion for Preliminary Approval to January 24, 2025. (Dkt. No. 154).

STIPULATED MOTION TO EXTEND TIME FOR
SUBMISSION OF MOTION FOR PRELIMINARY
APPROVAL - 1
CASE NO. 2:20-CV-01866-MJP
#5780716 v2 / 42726-394

1    Following that extension, the Parties have worked diligently to finalize the settlement

2  agreement and all other necessary paperwork. While Defendants anticipated being able to provide

3  final signoff in accordance with the existing January 24, 2025 deadline, due to an unforeseen issue,

4  they are unable to do so until early next week. Accordingly, Defendants respectfully request that

5  the Parties be permitted a brief extension with which to finalize the settlement, and plan to submit

6  it and a Motion for Preliminary Approval (and any related papers) on or before January 29, 2025.

7    Therefore, the parties jointly request that the Court reset the deadline for the execution of

8  the settlement agreement and the submission of the Motion for Preliminary Approval to **January**

9  **29, 2025**.

10    DATED this 29th day of January, 2025.

11  KELLER ROHRBACK L.L.P.                    DEBEVOISE & PLIMPTON LLP

12

13  *s/Alison E. Chase*                          *s/Medora A. Marisseau*
    _____              _____
14  Lynn Lincoln Sarko, WSBA #16569             Maeve L. O'Connor (*pro hac vice*)
    Gretchen Freeman Cappio, WSBA #29576        Susan Reagan Gittes (*pro hac vice*)
15  Adele A. Daniel, WSBA #53315                919 Third Avenue
    1201 Third Avenue, Suite 3400              New York, NY 10022
16  Seattle, WA 98101-3268                      Tel.: (212) 909-6000
    Tel.: (206) 623-1900                        mloconnor@debevoise.com
17  Fax: (206) 623-3384                         srgittes@debevoise.com
    lsarko@kellerrohrback.com
18  gcappio@kellerrohrback.com                  Medora A. Marisseau
    adaniel@kellerrohrback.com                  KARR TUTTLE CAMPBELL
19                                              701 Fifth Ave., Ste. 3300
    Alison E. Chase (*pro hac vice*)            Seattle, WA 98104
20  KELLER ROHRBACK L.L.P.                      Tel.: (206) 223-1313
    801 Garden Street, Suite 301               Fax: (206) 682-7100
21  Santa Barbara, CA 93101                     mmarisseau@karrtuttle.com
    Tel: (805) 456-1496
22  achase@kellerrohrback.com                   *Counsel for Defendants*

23  Jerome M. Marcus (*pro hac vice*)
    Daniel C. Simons (*pro hac vice*)
24  MARCUS & MARCUS, PLLC
    P.O. Box 212
25  Merion Station, PA 19066
    Tel.: (215) 664-1184
26  jmarcus@marcuslaw.us

27

STIPULATED MOTION TO EXTEND TIME FOR
SUBMISSION OF MOTION FOR PRELIMINARY
APPROVAL - 2
CASE NO. 2:20-CV-01866-MJP
#5780716 v2 / 42726-394

1    dsimons@marcuslaw.us

2    Jonathan Auerbach (*pro hac vice*)
     RESOLUTION STRATEGY GROUP, LLC
3    614 S. 4th Street, #216
     Philadelphia, PA 19147
4    Tel.: (267) 227-1400
     auerbach@ResolutionStrategyGroup.com

5
     Edward Stone (*pro hac vice*)
6    EDWARD STONE LAW P.C.
     175 West Putnam Avenue, 2nd Floor
7    Greenwich, CT 06830
     Tel.: (203) 504-8425
8    Fax: (203) 348-8477
     eddie@edwardstonelaw.com

9
     *Attorneys for Plaintiffs*
10

11

12            IT IS SO ORDERED.

13            Dated this 29th day of January, 2025.

14

15

16                                    _____
                                      Marsha J. Pechman
17                                    United States Senior District Judge

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION TO EXTEND TIME FOR
SUBMISSION OF MOTION FOR PRELIMINARY
APPROVAL - 3
CASE NO. 2:20-CV-01866-MJP
#5780716 v2 / 42726-394

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION TO EXTEND TIME FOR
SUBMISSION OF MOTION FOR PRELIMINARY
APPROVAL - 4
CASE NO. 2:20-CV-01866-MJP
#5780716 v2 / 42726-394